IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Obiol,<br><br>                  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>                  Defendant. | No. CV-22-00553-TUC-SHR (BGM)<br><br>**Order Accepting Report & Recommendation with No Objections** |

On July 21, 2023, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R"), recommending the Court remand the matter to the ALJ for further proceedings. (Doc. 23.) The Magistrate Judge informed the parties they had fourteen days to file objections to the R&R and an additional fourteen days to respond. (*Id.* at 13.) No objections have been filed and neither party has requested additional time to do so.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district court only needs to review magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any

1. other standard." *Thomas*, 474 U.S. at 154.

2. In this case, the deadline for filing objections was on August 4, 2023. As noted, no objections have been filed, and neither party has requested additional time to do so. Consequently, the Court may adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (district court declined to review the magistrate judge's report because no objections were filed). The Court finds the R&R well-reasoned and agrees with Judge Kimmins' conclusions. Accordingly,

**IT IS ORDERED** Magistrate Judge Bruce G. Macdonald's Report and Recommendation is **ACCEPTED.** (Doc. 23.)

**IT IS FURTHER ORDERED** this case is **REMANDED** for further proceedings consistent with this Order and the R&R.

**IT IS FURTHER ORDERED** the Clerk of the Court shall enter judgment accordingly and **close this case**.

Dated this 23rd day of August, 2023.

Honorable Scott H. Rash
United States District Judge